[No. 41778-9-I.    Division One.    December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHIN WEI LIAO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04258-7, Ricardo S. Martinez, J., entered November 19, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 41869-6-I.    Division One.    December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LANE FREDRICK CONWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01115-3, Thomas J. Wynne, J., entered November 18, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41883-1-I.    Division One.    December 28, 1998.]

*In the Matter of the Marriage of* MARCY R. JOHNSON, *Appellant*, and LANCE JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-02677-1, Richard D. Eadie, J., entered December 10, 1997. *Reversed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 41896-3-I.    Division One.    December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILFREDO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06370-8, Larry Jordan, J., entered December 1, 1997. *Affirmed* by unpublished per curiam opinion.